**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUNSELECT PRODUCE,<br><br>              Plaintiff,<br><br>     v.<br><br>MASTRONARDI INTERNATIONAL LIMITED,<br><br>              Defendant. | CASE NO. 1:20-cv-00735 DAD JLT<br><br>**[PROPOSED] ORDER GRANTING SUNSELECT'S REQUEST TO SEAL DOCUMENTS SUBMITTED WITH PETITION TO RECOGNIZE AND ENFORCE FOREIGN ARBITRAL AWARD**<br>(Doc. 5) |

Plaintiff has lodged its request to seal documents to support its petition to recognize and enforce the foreign arbitral award. Good cause appearing, the Court ORDERS:

1. SunSelect's Request to Seal Documents, filed concurrently with its Petition to Recognize and Enforce Foreign Arbitral Award, is GRANTED;

2. The following documents SHALL be sealed from public access until further action from the Court:

    a. SunSelect's ***Unredacted*** Petition to Recognize and Enforce Foreign Arbitral Award;

    b. The Confidential Declaration of Colin T. Kemp in Support of SunSelect's Petition to Recognize and Enforce Foreign Arbitral Award and attached Exhibits A-B; and

    c. SunSelect's ***Unredacted*** Proposed Order Granting its Petition to Recognize and

Enforce Foreign Arbitral Award;

3. Only the Parties to this action, their counsel, and the Court shall have access to the sealed documents listed above and such documents shall remain sealed unless and until a further order is issued by this Court;

4. Within three court days, the plaintiff SHALL email the documents described in paragraph 2 to ApprovedSealed@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   **June 8, 2020**                             **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE